IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN JORDAN and CHERI UHRINEK individually, and on behalf of all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| MERIDIAN BANK, THOMAS CAMPBELL and CHRISTOPHER ANNAS | : : | NO. 17-5251 |

# ORDER

**AND NOW**, this 19th day of November, 2018, upon consideration of Defendants' "Partial Motion to Dismiss Plaintiffs' Amended Complaint" (Docket No. 31) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.