IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN JORDAN and CHERI UHRINEK individually, and on behalf of all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| MERIDIAN BANK, THOMAS CAMPBELL and CHRISTOPHER ANNAS | : : | NO. 17-5251 |

# ORDER

**AND NOW**, this 18th day of March, 2019, upon consideration of Plaintiffs' "Motion for Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b)" (Docket No. 32) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion is **GRANTED** as to Plaintiffs' request that we conditionally certify this action as a collective action pursuant to the Fair Labor Standards Act on behalf of the following Unpaid Overtime Collective:

> all individuals who worked as Loan Officers for Defendants at any time during the maximum limitations period who were not paid overtime wages owed for all time worked in excess of 40 in given workweeks.

2. The Motion is **DENIED** to the extent that Plaintiffs request that we conditionally certify this action as a collective action on behalf of a Misclassification Collective.

3. The parties shall meet and confer regarding the notice to be sent to the potential members of the Collective and the procedures to be used for distributing that notice. The parties shall notify the Court, in writing, of the results of their conference on or before April 2, 2019.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.